IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TA'VON S. BEASLEY, | Civil No. 3:25-cv-107 |
| Plaintiff | (Judge Mariani) |
| v. | |
| C.O. WALTON, *et al.* | |
| Defendants | |

## ORDER

**AND NOW**, this 24th day of January, 2025, upon preliminary consideration of Plaintiff's complaint (Doc. 1), and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. On or before February 14, 2025, Plaintiff shall show cause why his complaint should not be dismissed for failure to exhaust administrative remedies.

2. Failure to timely comply with the terms of this Order will result in dismissal of this action without further notice of Court.

Robert D. Mariani
United States District Judge